1

2

3

4

5

6

7

**FILED**
CLERK, U.S. DISTRICT COURT

**4/17/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           No.  8:25-cr-00058-JVS

11           Plaintiff,                 I N F O R M A T I O N

12              v.                      [18 U.S.C. § 1905: Disclosure of
                                        Confidential Information]
13  JOHNATHAN BUMA,

14           Defendant.

15

16      The United States Attorney charges:

17                   [18 U.S.C. § 1905]

18      From approximately September 2008 to March 2025, defendant

19  Johnathan Buma ("BUMA") was employed by the Federal Bureau of

20  Investigation ("FBI") as a Special Agent and Supervisory Special

21  Agent.  Beginning in 2018, defendant BUMA was assigned to the

22  FBI's Orange County Resident Agency in Orange County,

23  California.  Between in or around 2018 and in or around December

24  2022, defendant BUMA's responsibilities included managing FBI

25  Confidential Human Sources ("CHSs").

26      On or about November 2, 2023, in Orange County, within the

27  Central District of California, and elsewhere, defendant BUMA

28  knowingly published, divulged, disclosed, and made known in a

1  manner not authorized by law, information obtained by him in the

2  course of his employment and official duties, that is, the

3  identity and personal identifying information of an individual,

4  who is known to the United States Attorney and identified as

5  "CHS-1", and information provided by CHS-1 to the FBI, in

6  violation of Title 18, United States Code, Section 1905.

7

8                          BILAL A. ESSAYLI
                           United States Attorney
9

10

11                         DAVID T. RYAN
                           Assistant United States Attorney
12                         Chief, National Security Division

13                         MENNO GOEDMAN
                           United States Department of Justice
14                         Counterintelligence and Export
                           Control Section
15

16

17

18

19

20

21

22

23

24

25

26

27

28