UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. 8:25-cr-00058-JVS | | Date: 05/01/2025 |
| Present: The Honorable: Patricia Donahue, United States Magistrate Judge | | |
| Interpreter N/A | | Language N/A |
| Isabel Verduzco | CS 05/01/2025 | David Ryan |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✓ Present  Released on Bond | Attorneys for Defendants: ✓ Present  Retained |
|---|---|
| Johnathan Buma | Alexandra Kazarian |

**Proceedings:** Arraignment of Defendant and/or   ✓ Assignment of Case   Appointment of Counsel   Initial Appearance

* Defendant states that his true name is the name on the charging document
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge James V. Selna.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 06/24/2025 8:30 AM;
Status Conference: 06/16/2025 9:00 AM
* The parties are referred to Judge Selna's Procedures and Schedules to obtain a copy of the judge's trial order located on the Court's website at www.cacd.uscourts.gov.
Judge Selna is located in 10C, Santa Ana - Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, CA 92701-4516.

cc: PSALA   PSAED   PSASA
USMLA   USMED   USMSA
Statistics Clerk      Interpreter
CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 15
Initials of Deputy Clerk: IV by TRB