FILED
CLERK, U.S. DISTRICT COURT

5/1/25

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 8:25-CR-00058-JVS |
| v. Johnathan Buma | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint **Alexandra Kazarian**, Esquire, as my attorney to appear for me throughout all proceedings in this case.

5/1/25
Date

Defendant's Signature

Los Angeles, CA
City and State

## APPEARANCE OF COUNSEL

I, **Alexandra Kazarian** Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

5/1/25
Date

Attorney's Signature

244494
California State Bar Number

644 S. Figueroa St
Street Address

Los Angeles, CA 90017
City, State, Zip Code

213-625-3900    213 232.3255
Telephone Number        Fax Number

MGERAGOS@GERAGOS.COM
E-mail Address

CR-14 (01/07)            DESIGNATION AND APPEARANCE OF COUNSEL