TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
JOSEPH S. GUZMAN (Cal. Bar No. 310493)
Assistant United States Attorney
National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2438
    Facsimile: (213) 894-0141
    E-mail:    joseph.guzman2@usdoj.gov

MENNO GOEDMAN
Trial Attorney
National Security Division
U.S. Department of Justice
    950 Pennsylvania Ave. NW
    Washington, DC 20530
    Telephone:  (202) 514-2147
    Email:      Menno.Goedman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 8:25-cr-00058-JVS |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| JOHNATHAN BUMA, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-Mail Address |
|---|---|---|
| Previously Assigned AUSA | David T. Ryan | David.Ryan@mto.com |
| Newly Assigned AUSA | Joseph S. Guzman | Joseph.Guzman2@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and that they receive all e-mails relating to filings in this case.

Dated: March 26, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

_____/s/_____
JOSEPH S. GUZMAN
Assistant United States Attorney

MENNO GOEDMAN
Trial Attorney
National Security Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2