TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
KATHRYNNE SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorney
Deputy Chief, National Security Division
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0631
Facsimile: (213) 894-0141
E-mail: kathrynne.seiden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHNATHAN BUMA,

Defendant.

No. 8:25-CR-00058-JVS

NOTICE OF ASSIGNMENT OF CRIMINAL CASE

Plaintiff, United States of America, hereby advises the Court and all parties that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

| | **Name** | **E-Mail Address** |
|---|---|---|
| **Previously Assigned AUSA** | MENNO GOEDMAN | menno.goedman@usdoj.gov |
| **Newly Assigned AUSA** | KATHRYNNE SEIDEN | kathrynne.seiden@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: August 27, 2026

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

*/s/ Kathrynne N. Seiden*
KATHRYNNE N. SEIDEN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA