UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

v.

Johnathan Buma

DEFENDANT.

☐ LA ☐ RS ☑ SA DATE FILED: 4/17/2025

CASE NUMBER: 8:25-cr-00058-JVS ☐ **Under Seal**

INIT. APP. DATE: 9/3/2026 TIME: 2:00 PM

CHARGING DOC: PSA Warrant

DEFENDANT STATUS: In Custody

☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT

VIOLATION: 18:1905.M

COURTSMART/REPORTER: CS 09/03/2026

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Autumn D. Spaeth

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Kristee Hopkins (*Deputy Clerk*) Greg Scally (*Assistant U.S. Attorney*) ____ (*Interpreter / Language*)

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is ____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Daniel Tapetillo ☑ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution Ordered (see separate order) ☐ Special appearance by: ____ ☐ CJA 1-Day Provisional Appt ____

☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED

☐ Contested detention hearing is held. ☑ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ ____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge ____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge ____ for the setting of further proceedings.

☐ Preliminary Hearing set for ____ at ____ in ____

☐ Post-Indictment Arraignment set for: ____ at ____ in ____

☐ Government's motion to dismiss case/defendant ____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to ____ District of ____

- ☐ Bond to transfer, if bail is posted. Defendant to report on or before ____
- ☐ Warrant of removal and final commitment to issue. Date issued: ____ By CRD: ____
- ☐ Warrant of removal and final commitment are ordered stayed until ____.

☑ Case continued to (Date) 09/08/2026 (Time) 10:00 ☑ AM / ☐ PM

☑ Type of Hearing: Final Pretrial Revocation Hearing Before Judge Autumn D. Spaeth /Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom ☑ Judge's Courtroom 6B

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (*if issued using Release Book*: Release Order No. ____ ).

☐ Other:

***RECEIVED:*** ☐ **PSA** ☐ **PROBATION** ☐ **FINANCIAL** ☐ **CR-10** ☐ **READY**

Deputy Clerk Initials kh

: 15