FILED
CLERK, U.S. DISTRICT COURT
SEP - 3 2026
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>JOHNATHAN BUMA<br>DEFENDANT(S). | CASE NUMBER<br>8:25-cr-00058-JVS<br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of Defendant, IT IS ORDERED that a detention hearing is set for Tuesday, 09/08/2026, at 10:00 ☒a.m. / ☐p.m. before the Honorable Autumn D. Spaeth, in Courtroom 6B.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ______ *(Other custodial officer)* and produced for the hearing.

Dated: September 3, 2026

/s/ Autumn D. Spaeth
U.S. District Judge/Magistrate Judge