FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

2026 SEP -3 PM 12: 10

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>v.<br>JOHNATHAN BUMA<br>Defendant(s). | CASE NUMBER:<br>8:25-CR-00058-JVS-1<br>CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF SANTA ANA<br>BY UDA<br>**WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Johnathan Buma

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment ☐ Information ☒ Order of Court ☐ Violation Petition ☐ Violation Notice

charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

Violation of Pretrial Release

in violation of Title 18 United States Code, Section(s) 3148

| | |
|---|---|
| Brian D. Karth<br>NAME OF ISSUING OFFICER<br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br>D. Velasquez<br>SIGNATURE OF DEPUTY CLERK | 09/01/2026; Santa Ana, CA<br>DATE AND LOCATION OF ISSUANCE<br>By James V. Selna; U.S. District Judge<br>NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

Santa Ana

9/1/2026
DATE RECEIVED

9/3/2026
DATE OF ARREST

Adrian Bravo
NAME OF ARRESTING OFFICER

Deputy U.S. Marshal
TITLE

SIGNATURE OF ARRESTING OFFICER

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO