# United States Probation & Pretrial Services

United States District Court
Central District of California

FILED
2026 SEP -8 AM 11:20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY.

Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

Date: September 8, 2026
Re: Release Order Authorization
Docket Number: 8:25-CR-00058-JVS
Defendant: Johnathan Buma

To Whom It May Concern:

On September 8, 2026, the defendant's bond was modified by the Honorable Autumn D. Spaeth. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY**, for placement in a **LOCATION MONITORING PROGRAM.**

Please be advised that the defendant has been found acceptable for placement in an electronic monitoring program.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

KASSANDRA KRESSLER
U.S. Probation & Pretrial Services Officer
Telephone No. 714-338-2932