TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
KATHRYNNE SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorney
Deputy Chief, National Security Division
JOSEPH S. GUZMAN (Cal. Bar No. 310493)
Assistant United States Attorney
National Security Division
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0631 / 2438
E-mail: Kathrynne.Seiden@usdoj.gov
Joseph.Guzman2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHNATHAN BUMA

Defendant.

No. CR 8:25-58-JVS

ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT

**[PROPOSED] TRIAL DATE: 03-09-2027**

**[PROPOSED] STATUS CONFERENCE: 03-01-2027**

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 21, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of

excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, including the complexity surrounding CIPA-related discovery issues and defense counsel's trial schedules.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) this case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the Speedy Trial Act time limits; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from October 6, 2026, to March 9, 2027 at 8:30 a.m. The status conference hearing is continued to March 1, 2027 at 9:00 a.m.

2. The time period of October 6, 2026, to March 9, 2027, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(iii), and (h)(7)(B)(iv).

3. Defendant shall appear in Courtroom 10C of the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California on March 9, 2027, at 8:30 A.M.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must

commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

September 22, 2026
DATE

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
KATHRYNNE SEIDEN
JOSEPH S. GUZMAN
Assistant United States Attorneys